**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 12-cr-00409-CMA

UNITED STATES OF AMERICA

    Plaintiff,

v.

GLEN EARL COTONUTS,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED:  October 1, 2013

                                                     BY THE COURT:

                                                     _____
                                                     Christine M. Arguello
                                                     United States District Judge