# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| | (For **Revocation of Supervised Release**) |
| v. | Case Number:  1:12-cr-00409-CMA-01 |
| | USM Number:  21528-013 |
| GLEN EARL COTONUTS | David Edward Johnson, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Failure to Participate in Sex Offender Treatment as Directed by the Probation Officer and to Comply with the Rules and Restrictions Specified by the Sex Offender Treatment Agency | 10/28/2015 |
| 2 | Failure to Reside In/Comply with Rules of Residential Reentry Center (RRC) | 10/30/2015 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 15, 2015
Date of Imposition of Judgment

_Signature of Judge_

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

12/31/2015
Date

DEFENDANT:  GLEN EARL COTONUTS
CASE NUMBER:  1:12-cr-00409-CMA-01                                                                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal